Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2542
Fax: (702) 669-4650
Email: preilly@hollandhart.com
　　　　smschwartz@hollandhart.com

*Attorneys for Clark County Collection Service, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMILAH BOBO,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC,<br><br>　　　　　　　Defendant. | Case No.: 2:16-cv-02911-APG-CWH<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EXHIBIT B TO DEFENDANT'S LIMITED OPPOSITION UNDER SEAL** |

Defendant Clark County Collection Service, LLC's ("CCCS") Motion for Leave to File Exhibit B to its Limited Opposition ("Limited Opposition") having come before the Court, and for good cause shown,

/ / /

/ / /

/ / /

9648665_1

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.
2. The unredacted version of Exhibit B to the Motion may be filed under seal.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 21, 2017

9648665_1

002