# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMILAH BOBO, | Case No. 2:16-cv-02911-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DENYING AS MOOT MOTION FOR SUMMARY JUDGMENT AND MOTION FOR LEAVE TO FILE SUPPLEMENT** |
| CLARK COUNTY COLLECTION SERVICE, LLC, | |
| Defendant. | (ECF Nos. 5, 18) |

Defendant Clark County Collection Service, LLC moved for summary judgment in January 2017. ECF No. 5. Plaintiff Jamilah Bobo filed a motion for leave to file a supplemental response to that motion. ECF No. 18. The parties since have completed discovery. ECF No. 40. Defendant Clark County Collection Service, LLC has filed an amended motion for summary judgment. ECF No. 50. I deny the original motions as moot because the parties are in the process of briefing summary judgment on a more fulsome evidentiary record following the close of discovery. I therefore will consider the parties' arguments in relation to the later motion.

IT IS THEREFORE ORDERED that defendant Clark County Collection Service, LLC's motion for summary judgment **(ECF No. 5) is DENIED without prejudice as moot**.

IT IS FURTHER ORDERED that plaintiff Jamilah Bobo's motion for leave to file a supplement **(ECF No. 18) is DENIED without prejudice as moot**.

DATED this 11th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE