# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMILAH BOBO,<br><br>  Plaintiff<br><br>v.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC,<br><br>  Defendant | Case No.: 2:16-cv-02911-APG-CWH<br><br>**Order Vacating Trial and Setting Deadline to File Stipulation to Dismiss** |

In light of the parties' notice of settlement (ECF No. 120),

IT IS ORDERED that the calendar call set for November 27, 2018, the trial set for December 3, 2018, and all related deadlines are VACATED.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss or a status report regarding settlement by January 18, 2019.

DATED this 20th day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE